United States District Court
Southern District of Texas
**ENTERED**
December 23, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAYED S.,[1] | § | |
|    Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-265 |
| | § | |
| FRANCISCO VENEGAS, | § | |
|    Respondent | § | |
| | § | |

### ORDER REQUIRING RESPONSE

Petitioner Sayed S. filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 on November 12, 2025. Dkt. No. 1. Petitioner proceeds without legal representation.

To facilitate the progress of this petition, Respondent is **ORDERED** to file a response to Sayed S.'s Petition (Dkt. No. 1) **no later than January 22, 2026**.

Further, the Court **ORDERS** Respondent to file a Bates-stamped copy of Petitioner's A-file under seal **no later than January 22, 2026**.

The Clerk of Court is **DIRECTED** to serve via regular and certified mail a copy of the Petition (Dkt No. 1) and this Order upon the United States Attorney for the Southern District of Texas, Nicholas Ganjei at 1000 Louisiana, Ste. 2300 in Houston, Texas 77002.

Signed on December 23, 2025.

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initials.