United States District Court
Southern District of Texas
**ENTERED**
February 03, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SAYED. S.[1],                                    §
      Petitioner,                          §
                                           §
v.                                              §          CIVIL ACTION NO. 1:25-cv-265
                                           §
FRANCISCO VENEGAS,                              §
      Respondent.                          §

## ORDER TO SHOW CAUSE FOR LACK OF RESPONSE

On December 23, 2025, the Court ordered (Dkt. No. 7) Respondent Francisco Venegas, Custodial Officer of El Valle Detention Facility, to file a response to Petitioner Sayed S.'s Writ of Habeas Corpus under 28 U.S.C. § 2241 (Dkt. No. 1). Dkt. No. 7. The Court set a response deadline for January 22, 2026. Dkt. No. 7. To date, the Court has not received a response.

To further facilitate the progress of this case, the Court **ORDERS** Respondents to **SHOW CAUSE** as to why they failed to adhere to the response deadline by **no later than February 18, 2026**. Respondents shall also file the response ordered at Docket Entry No. 7 by **no later than February 18, 2026**.

The Clerk of Court is **DIRECTED** to deliver copies of the petition (Docket Entry No. 1) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by electronic mail to USATXS.CivilNotice@usdoj.gov.

Signed on February 3, 2026.

*Karen Betancourt*

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.