United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SAYED. S.[1], | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:25-cv-265 |
| | § | |
| FRANCISCO VENEGAS, | § | |
| Respondent. | § | |

### ORDER GRANTING THE GOVERNMENT'S MOTION TO INTERVENE (Dkt. No. 16)

Petitioner Sayed S. filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 and named only Francisco Venegas, Custodial Officer, El Valle Detention Facility, as the Respondent. Dkt. No. 1. On February 18, 2026, the United States of America (the Government) filed "The Government's Motion to Intervene" (Dkt. No. 16). The Government requests to intervene as an interested party in the case under Federal Rule of Civil Procedure 24. *Id.* at 1-2. The Court finds good cause supports the requested relief.

The Court **GRANTS** "The Government's Motion to Intervene" (Dkt. No. 16).

The Court **ORDERS** that the United States of America shall be included as a Respondent in this matter.

Signed on February 20, 2026.

*Karen Betancourt*

Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.